JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAIM ISMAIL,

    Petitioner,

v.

B. BIKHOLZ, Warden,

    Respondent.

Case No. 2:23-cv-10393-SPG-SP

**JUDGMENT**

In accordance with the Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice as moot.

Dated: February 28, 2025

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE